**Order entered June 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00544-CV

**HAL CREWS, ET AL., Appellants**

**V.**

**DKASI CORPORATION, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15393**

## ORDER

We **GRANT** appellants' June 24, 2014 unopposed motion for withdrawal and substitution of counsel. We **DIRECT** the Clerk of this Court to remove attorneys Joseph J. Matrogiovanni, W. Alan Wright, and Cole Ramey as counsel for appellants and substitute attorney Charles Baruch in their place.

/s/ ADA BROWN
JUSTICE